E-FILED
Thursday, 14 March, 2013  11:43:32 AM
Clerk, U.S. District Court, ILCD

# United States District Court

## CENTRAL DISTRICT OF ILLINOIS

James G. Turner-EL, Michael
Johnson + Jessie Harris, indi-
vidually and on behalf of all
similarly situated person(s)

)
)
)
)

Plaintiff

)
)
)

vs.

)

Wexford Health Care Provider,
Dr. Feinerman, Dr. Paul,
Dr. Fenoglio and Unknown
Doctor(s) and Dentist at
every prison facility of the
Illinois Dept. of Corrections
whether Medical, Dentist
or Psychiatric providers,
all Warden(s) and ARB
Board Members of IDOC, *

)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____
*(The case number will be assigned by the clerk)*

SCANNED AT PINCKNEYVILLE CC and E-mailed
3/13/13 by ᒪᒪᑕ 29 pages
date        Initials   No.

Defendant(s)

)

*(List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format).*

### COMPLAINT*

*Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.*

☑   42 U.S.C. §1983 (state, county or municipal defendants)

☐   Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

☐   Other federal law: _____

☐   Unknown _____

*\*Please refer to the instructions when filling out this complaint. Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.*

* Salvador Godinez / Director of IDOC and all previous Director(s) of IDOC
Also R. Davis, D. Dintleman, Lt. Bradley c/o Furlow and Chaplain Sutton and Dr. Shah.

## I. FEDERAL JURISDICTION

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A. Plaintiff:

Full Name: _James G. Turner-ee_

Prison Identification Number: _N-01161_

Current address: _Pinckneyville Corr. Ctr. / P.O. Box 999_

_Pinckneyville, Il. 62274_

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.* ( See Additional Plaintiff(s) on next Page).

B. Defendants

Defendant #1:

Full Name: _Wexford Health Care Provider, Inc.,_

Current Job Title: _Medical / Dental / Psychiatric Doctor(s)_

Current Work Address _1301 Concordia Ct. / P.O. Box 19277_

_Springfield, Il. 62794-09277_

Defendant #2:

Full Name: _Mr. Feinerman_

Current Job Title: _Medical Doctor (Director)_

Current Work Address _Wexford, Inc., Offices in Spring-_

_Field/ 1301 Concordia Ct. / Box 19277_

Defendant #3:

Full Name: _Ms. Paul_

## II. PARTIES

Additional Plaintiff(s):

Full name: Micheal Johnson
I.D. Number: R-63104
Current address: Lawrence Corr. Ctr.
P.O. Box N/A - 10930 Lawrence Rd
                    Sumner, Il.


Full name: Jesse Harris
I.D. Number: #B-08687
Current address: Lawrence Corr. Ctr.
    10930 Lawrence Rd. / Sumner, Il.

-2-a-

Current Job Title: _Medical Doctor of Wexford, Inc._

Current Work Address _Wexford Offices with IDOC at 1301 Concordia Ct. / P.O. Box 19277 Springfield, Il. 62794-9277_

Defendant #4:

Full Name: _Mr. Fenoglio_

Current Job Title: _Medical Dator of Wexford, Inc._

Current Work Address _Wexford Offices with IDOC at 1301 Concordia Ct. / P.O. Box 19277 Springfield, Il. 62794-9277_

Defendant #5:

Full Name: _All Unknown Doctor(s) + Dentist of Wexford, Inc._

Current Job Title: _Working for Wexford at IDOC_

Current Work Address _at all Facilities of the IDOC, including 1301 Concordia Ct. / P.O. Box 19277 Springfield, Il. 62794-9277_

*For additional defendants, provide the information in the same format as above on a separate page.*
(See Next Page for Additional Defendant(s)).

## III. LITIGATION HISTORY

The "three strikes rule" bars a prisoner from bringing a civil action or appeal *in forma pauperis* in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved

in this case?        Yes ☐         No ☒

If yes, please describe _None_

_____

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☒      No ☐      _James G. Turner-u has brought numerous complaints in federal Courts in Illinois._

3

## II. PARTIES

Defendant # 6:

Full name: All Warden(s) of IDOC
Current Job Title:   Warden(s)
Current Work Address:  All facilities of the IDOC
1301 Concordia Ct. / P.O. Box 19277
Springfield, Il.  62794-9277

Defendant # 7:

Full name:  All members of Administrative Review Board (ARB)
Current Job Title:  Review All Grievance Appeals
Current Work Address: 1301 Concordia Ct. / P.O. Box 19277
Springfield, Il.  62794-9277

Defendant # 8:
Full name:  Salvador Godinez
Current Job Title:  Director IDOC
Current Work Address·  1301 Concordia Ct. / P.O. Box 19277
Springfield, Il.  62794-9277

Defendant # 9:
Full name:  All Unknown Named Director(s)
Current Title:   Previous Director(s) of IDOC
Current Work Address: Unknown

- 3-a -

## II. PARTIES

Defendant #10:
 Full name:   Randy Davis
Current Job Title:   Warden
Current Work Address: Pinckneyville C.C. or other
 IDOC facility at 1301 Concordia Ct./ P.O. Box 19277
 Springfield, Il.  62794-9277

Defendant #11:
 Full name:   D. Dintleman
Current Job Title: Asst. Warden Programs Pinckneyville
Current Work Address: Pinckneyville / Box 999
 Pinckneyville, Il.  62274

Defendant #12: Mr. Bradley
 Full name:   Mr. Bradley
Current Job Title: Lieutenant of the Guard / I.A.
Current Work Address: Pinckneyville / Box 999
 Pinckneyville, Il.  62274

 Defendant #13:
 Full name: Mr. Furlow
Current Job Title: Correctional Guard / I.A.
Current Work Address: Pinckneyville C.C. / Box 999
 Pinckneyville, Il.  62274

 Defendant #14:
 Full name:  Mr. Sutton
Current Job Title: previous Chaplain at Pinckneyville
Current Work Address: Unknown

## II. PARTIES

Defendant #15:
   Full name= Mr. Shah
Current Job Title= Medical Doctor of Wexford at IDOC
Current Work Address: Pinckneyville / P.O. Box 999
Pinckneyville, Il. 62274

Defendant #16:
   Full name= Marc Hodge
Current Job Title= Warden Lawrence C.C.
Current Work Address: Lawrence C.C. / 10930 Lawrence Rd.
Sumner, Il. 62466

C. If your answer to B is yes, how many? _89_ Describe the lawsuit(s) below. *All against Correctional Staff of IDOC, few against Federal Court Staff.*

1. Name of Case, Court and Docket Number *(See Listing of Complaints Attached)*

2. Basic claim made *Defendant(s) deprived me of my Constitutional Rights.*

3. Disposition (That is, how did the case end? Was the case dismissed? Was it appealed? Is it still pending?) *See faw / All others dismissed SETTLED*

*For additional cases, provide the above information in the same format on a separate page.*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint. However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.

A. Is there a grievance procedure available at your institution? Yes ☑ No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?

Yes ☑ No ☐

If your answer is no, explain why not *Yes, I filed Grievances with Prison Warden(s)*

C. Is the grievance process completed? Yes ☑ No ☐ *Defendant Warden(s) either responded or didn't, ARB Board Member(s) either responded or left Grievance Appeals wholly unaddressed and more than a year late.*

4

# U.S. Party/Case Index

## Civil Name Search Results

**27 Total Party matches for selection TURNER-EL, JAMES for Illinois Central**

**Search Complete**

**Mon Mar 25 10:46:21 CST 2002**

**Selections 1 through 27 (Page 1)**

●Download (1 pages $ 0.00)

| | Name | Court | Case No. | Filed | NOS | Closed |
|---|---|---|---|---|---|---|
| 1 | TURNER-EL, JAMES G | ilcdc | 2:1989cv02210 | 07/14/1989 | 550 | 10/29/1990 |
| | TURNER-EL vs. DILLMAN | | | | | |
| 2 | TURNER-EL, JAMES G | ilcdc | 2:1989cv02211 | 07/14/1989 | 550 | 11/20/1990 |
| | TURNER-EL vs. GOSKIE | | | | | |
| 3 | TURNER-EL, JAMES G | ilcdc | 2:1989cv02212 | 07/14/1989 | 550 | 10/29/1990 |
| | TURNER-EL vs. PETERS | | | | | |
| 4 | TURNER-EL, JAMES G | ilcdc | 2:1989cv02213 | 07/14/1989 | 550 | 11/24/1989 |
| | TURNER-EL vs. LANE | | | | | |
| 5 | TURNER-EL, JAMES G | ilcdc | 2:1989cv02214 | 07/14/1989 | 550 | 11/15/1990 |
| | TURNER-EL vs. LANE | | | | | |
| 6 | TURNER-EL, JAMES G | ilcdc | 2:1989cv02215 | 07/14/1989 | 550 | 11/24/1989 |
| | TURNER-EL vs. LANE | | | | | |
| 7 | TURNER-EL, JAMES G | ilcdc | 2:1989cv02216 | 07/14/1989 | 550 | 11/24/1989 |
| | TURNER-EL vs. SHANSKY | | | | | |
| 8 | TURNER-EL, JAMES G | ilcdc | 2:1989cv02217 | 07/14/1989 | 550 | 10/29/1990 |
| | TURNER-EL vs. PETERS | | | | | |
| 9 | TURNER-EL, JAMES G | ilcdc | 2:1989cv02218 | 07/14/1989 | 550 | 10/29/1990 |
| | TURNER-EL vs. PETERS | | | | | |
| 10 | TURNER-EL, JAMES G | ilcdc | 2:1989cv02219 | 07/14/1989 | 550 | 10/29/1990 |
| | TURNER-EL vs. PETERS | | | | | |
| 11 | TURNER-EL, JAMES G | ilcdc | 2:1989cv02220 | 07/14/1989 | 550 | 10/29/1990 |
| | TURNER-EL vs. GOSKIE | | | | | |
| 12 | TURNER-EL, JAMES G | ilcdc | 2:1989cv02221 | 07/14/1989 | 550 | 10/29/1990 |
| | TURNER-EL vs. PETERS, ET AL | | | | | |
| 13 | TURNER-EL, JAMES G | ilcdc | 2:1989cv02222 | 07/14/1989 | 550 | 10/29/1990 |
| | TURNER-EL vs. LANE | | | | | |
| 14 | TURNER-EL, JAMES G | ilcdc | 2:1989cv02223 | 07/14/1989 | 550 | 10/29/1990 |
| | TURNER-EL vs. LOWERY | | | | | |
| 15 | TURNER-EL, JAMES G | ilcdc | 2:1989cv02224 | 07/14/1989 | 550 | 11/24/1989 |
| | TURNER-EL vs. LANE | | | | | |

16 TURNER-EL, JAMES G ilcdc   2:1989cv02225 07/14/1989 550 11/24/1989
TURNER-EL vs. PETERS

17 TURNER-EL, JAMES G ilcdc   2:1989cv02305 10/16/1989 550 07/03/1990
TURNER-EL vs. PETERS

18 TURNER-EL, JAMES G ilcdc   2:1990cv02254 08/03/1990 550 05/13/1992
TURNER-EL vs. PETERS

19 TURNER-EL, JAMES G ilcdc   2:1990cv02275 08/13/1990 550 01/18/1991
TURNER-EL vs. MCGINNIS

20 TURNER-EL, JAMES G ilcdc   2:1990cv02277 08/20/1990 550 01/31/1991
TURNER-EL vs. PETERS

21 TURNER-EL, JAMES G ilcdc   2:1990cv02293 08/31/1990 550 12/29/1992
TURNER-EL vs. IRVIN

22 TURNER-EL, JAMES G ilcdc   2:1990cv02294 08/31/1990 550 03/05/1993
TURNER-EL vs. MCGINNIS

23 TURNER-EL, JAMES G ilcdc   1:1993cv01054 02/10/1993 550 03/30/1993
TURNER-EL vs. LOWERY

24 TURNER-EL, JAMES G ilcdc   1:1993cv01058 02/10/1993 550 03/30/1993
TURNER-EL vs. PETERS

25 TURNER-EL, JAMES G ilcdc   1:1993cv01059 02/10/1993 550 04/22/1993
TURNER-EL vs. PETERS

26 TURNER-EL, JAMES G ilcdc   1:1993cv01069 02/18/1993 550 04/22/1993
TURNER-EL vs. BAKER

27 TURNER-EL, JAMES G ilcdc   1:1993cv01085 03/03/1993 550 03/30/1993
TURNER-EL vs. CRAINE

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 03/25/2002 10:46:21 | | |
| **PACER Login:** us0166 | **Client Code:** | |
| **Description:** Civil srch pg 1 | **Search Criteria:** | TURNER-EL, JAMES |
| **Billable Pages:** 1 | **Cost:** | 0.07 |

**U.S. Party/Case Index - Home**
Search: All Court Types | Appellate | Bankruptcy | Civil | Criminal
Reports: Court Code List | Date Range | Courts not on Index | Statistical Reports
User Options: Change Client Code | New Login | Billing History | PSC Home Page |
E-Mail PSC | Logout

??? Help

# U.S. Party/Case Index

## Civil Name Search Results

**20 Total Party matches for selection TURNER-EL, JAMES for Illinois Northern**
**Search Complete**
**Mon Mar 25 10:46:52 CST 2002**
**Selections 1 through 20 (Page 1)**

● Download (1 pages $ 0.00)

| Name | Court | Case No. | Filed | NOS | Closed |
|------|-------|----------|-------|-----|--------|
| 1  TURNER-EL, JAMES G TURNER-EL vs. SUPT | ilndc | 1:1986cv08929 | 06/29/1998 | 999 | 06/23/1999 |
| 2  TURNER-EL, JAMES G TURNER vs. STRUBBE, ET AL | ilndc | 1:1989cv05004 | | 550 | |
| 3  TURNER-EL, JAMES G TURNER-EL vs. IL BD OF ED | ilndc | 1:1993cv04918 | 09/12/1994 | 550 | 06/03/1997 |
| 4  TURNER-EL, JAMES G TURNER-EL vs. CRAINE | ilndc | 1:1993cv04919 | 01/28/1994 | 550 | 01/28/1994 |
| 5  TURNER-EL, JAMES G TURNER-EL vs. PETERS | ilndc | 1:1993cv04967 | 01/28/1994 | 550 | 01/28/1994 |
| 6  TURNER-EL, JAMES G TURNER-EL vs. IL DEPT CORR | ilndc | 1:1993cv04968 | 01/28/1994 | 550 | 01/28/1994 |
| 7  TURNER-EL, JAMES G TURNER-EL vs. GODINEZ | ilndc | 1:1993cv04969 | 01/28/1994 | 550 | 01/28/1994 |
| 8  TURNER-EL, JAMES G TURNER-EL vs. GODINEZ | ilndc | 1:1993cv04970 | 01/28/1994 | 530 | 01/31/1994 |
| 9  TURNER-EL, JAMES G TURNER-EL vs. PETERS | ilndc | 1:1993cv05160 | 01/28/1994 | 550 | 01/28/1994 |
| 10 TURNER-EL, JAMES G TURNER-EL vs. GODINEZ | ilndc | 1:1993cv05161 | 01/28/1994 | 550 | 01/28/1994 |
| 11 TURNER-EL, JAMES G TURNER-EL vs. PETERS | ilndc | 1:1993cv05162 | 01/28/1994 | 550 | 01/28/1994 |
| 12 TURNER-EL, JAMES G TURNER-EL vs. WASHINGTON | ilndc | 1:1996cv06323 | 06/18/1997 | 550 | 03/02/1998 |
| 13 TURNER-EL, JAMES G TURNER-EL vs. DETELLA | ilndc | 1:1996cv06368 | 02/26/1997 | 550 | 02/26/1997 |
| 14 TURNER-EL, JAMES G TURNER-EL vs. WASHINGTON | ilndc | 1:1997cv00022 | 09/04/1997 | 555 | 09/04/1997 |
| 15 TURNER-EL, JAMES G TURNER-EL vs. PAGE | ilndc | 1:1997cv01818 | 03/17/1997 | 555 | 01/26/1998 |
| 16 TURNER-EL, JAMES G TURNER-EL vs. | ilndc | 1:1997cv02373 | 04/16/1997 | 555 | 04/16/1997 |

of 2

16 TURNER-EL, JAMES G ilndc  1:1997cv02375 04/16/1997  555  04/16/1997
TURNER-EL vs. PAGE

17 TURNER-EL, JAMES G ilndc  1:1997cv05822 08/15/1997 555 02/25/1998
TURNER-EL vs. WASHINGTON

18 TURNER-EL, JAMES G ilndc  1:2001cv07163 12/19/2001 550 09/26/2001
TURNER-EL vs. AGNELLO

19 TURNER-EL, JAMES G ilndc  1:2001cv08623 11/08/2001 550 11/30/2001
TURNER-EL vs. MORAN

20 TURNER-EL, JAMES G ilndc  1:2001cv08930 11/27/2001 550 11/27/2001
TURNER-EL vs. BROWN

### PACER Service Center

#### Transaction Receipt

| 03/25/2002 10:46:52 | | | |
|---|---|---|---|
| PACER Login: | us0166 | Client Code: | |
| Description: | Civil srch pg 1 | Search Criteria: | TURNER-EL, JAMES |
| Billable Pages: | 1 | Cost: | 0.07 |

### U.S. Party/Case Index - Home

**Search:** All Court Types | Appellate | Bankruptcy | Civil | Criminal
**Reports:** Court Code List | Date Range | Courts not on Index | Statistical Reports
**User Options:** Change Client Code | New Login | Billing History | PSC Home Page |
E-Mail PSC | Logout

?**?**? Help

# U.S. Party/Case Index

## Civil Name Search Results

**42 Total Party matches for selection TURNER EL, JAMES for Illinois Southern Search Complete**

Mon Mar 25 10:47:20 CST 2002

Selections 1 through 42 (Page 1)

Download (1 pages $ 0.00)

| | Name | Court | Case No. | Filed | NOS | Closed |
|---|---|---|---|---|---|---|
| 1 | TURNER EL, JAMES G  TURNER EL vs. LANE | ilsdc | 3:1989cv03289 | 05/17/1989 | 550 | 06/26/1991 |
| 2 | TURNER EL, JAMES G  TURNER EL vs. USPC | ilsdc | 3:1990cv03388 | 07/03/1990 | 530 | 09/26/1991 |
| 3 | TURNER EL, JAMES G  TURNER EL vs. O'HARE | ilsdc | 3:1992cv00580 | 08/07/1992 | 540 | 08/07/1992 |
| 4 | TURNER EL, JAMES G  TURNER EL vs. PETERS | ilsdc | 3:1993cv00291 | 04/28/1993 | 550 | 04/04/1994 |
| 5 | TURNER EL, JAMES G  TURNER EL vs. BAKER | ilsdc | 3:1993cv00292 | 04/28/1993 | 550 | 04/04/1994 |
| 6 | TURNER EL, JAMES G  GEDER vs. PAGE | ilsdc | 3:1997cv00286 | 04/02/1997 | 555 | 02/11/2000 |
| 7 | TURNER EL, JAMES G  THOMAS EL vs. PAGE | ilsdc | 3:1997cv00287 | 04/02/1997 | 555 | 07/22/1999 |
| 8 | TURNER EL, JAMES G  ODEN vs. PAGE | ilsdc | 3:1997cv00424 | 05/12/1997 | 555 | 06/07/1999 |
| 9 | TURNER EL, JAMES G  TURNER EL vs. WEST | ilsdc | 3:1997cv00688 | 08/11/1997 | 555 | 10/07/1997 |
| 10 | TURNER EL, JAMES G  TURNER EL vs. PAGE | ilsdc | 3:1997cv00690 | 08/11/1997 | 555 | 10/03/1997 |
| 11 | TURNER EL, JAMES G  TURNER EL vs. WASHINGTON | ilsdc | 3:1997cv00985 | 12/04/1997 | 555 | 12/23/1997 |
| 12 | TURNER EL, JAMES G  TURNER EL vs. WEST | ilsdc | 3:1997cv00986 | 12/04/1997 | 555 | 12/16/1997 |
| 13 | TURNER EL, JAMES G  TURNER EL vs. MAYO | ilsdc | 3:1997cv00987 | 12/04/1997 | 555 | 12/16/1997 |
| 14 | TURNER EL, JAMES G  TURNER EL vs. FRENTZEL | ilsdc | 3:1997cv00993 | 12/08/1997 | 555 | 04/20/1999 |
| 15 | TURNER EL, JAMES G  TURNER EL vs. WASHINGTON | ilsdc | 3:1997cv00996 | 12/04/1997 | 555 | 08/08/2000 |

APPENDIX A

3

16 TURNER EL, JAMES G ilsdc  3:1998cv00030 01/16/1998  555  01/30/1998
TURNER EL vs. USA

17 TURNER EL, JAMES G ilsdc  3:1998cv00378 05/11/1998  555  05/20/1998
TURNER EL vs. HARTMAN

18 TURNER EL, JAMES G ilsdc  3:1998cv00386 05/11/1998  555  05/20/1998
TURNER EL vs. RENNISON

19 TURNER EL, JAMES G ilsdc  3:1998cv00775 10/26/1998  555  01/29/1999
TURNER EL vs. MAYO

20 TURNER EL, JAMES G ilsdc  3:1998cv00873 12/07/1998  555  02/18/1999
TURNER EL vs. PAGE

21 TURNER EL, JAMES G ilsdc  3:1998cv00874 12/07/1998  555  01/20/1999
TURNER EL vs. WASHINGTON

22 TURNER EL, JAMES G ilsdc  3:1998cv00875 12/07/1998  555  01/18/2000
TURNER EL vs. INTERNAL AFFAIRS

23 TURNER EL, JAMES G ilsdc  3:1999cv00013 01/07/1999  555  08/14/2000
TURNER EL vs. PAGE

24 TURNER EL, JAMES G ilsdc  3:1999cv00283 04/26/1999  555  04/29/1999
TURNER EL vs. FEINERMAN

25 TURNER EL, JAMES G ilsdc  3:1999cv00284 04/26/1999  555  01/19/2000
TURNER EL vs. PAGE

26 TURNER EL, JAMES G ilsdc  3:2001cv00247 04/10/2001  555
TURNER EL vs. ASSIGNMENT COMMITTEE

27 TURNER EL, JAMES G ilsdc  3:2001cv00248 04/10/2001  555
TURNER EL vs. FIENERMAN

28 TURNER EL, JAMES G ilsdc  3:2001cv00270 05/01/2001  530  06/26/2001
TURNER EL vs. JAWORSKI

29 TURNER EL, JAMES G ilsdc  3:2001cv00274 05/03/2001  530  02/26/2002
TURNER EL vs. COWAN

30 TURNER EL, JAMES G ilsdc  3:2001cv00287 05/08/2001  555  07/10/2001
TURNER EL vs. STANLEY

31 TURNER EL, JAMES G ilsdc  3:2001cv00298 05/10/2001  530  08/17/2001
TURNER EL vs. USPC

32 TURNER EL, JAMES G ilsdc  3:2001cv00299 05/10/2001  555  03/13/2002
TURNER EL vs. PAGE

33 TURNER EL, JAMES G ilsdc  3:2001cv00300 05/10/2001  555
TURNER EL vs. ZIELINSKI

34 TURNER EL, JAMES G ilsdc  3:2001cv00301 05/10/2001  530  06/26/2001
TURNER EL vs. ZIELINSKI

35 TURNER EL, JAMES G ilsdc  3:2001cv00472 07/16/2001  555  07/26/2001
TURNER EL vs. SNYDERS

36 TURNER EL, JAMES G ilsdc  3:2001cv00489 07/18/2001  540  07/27/2001
TURNER EL vs. PROUD

37 TURNER EL, JAMES G ilsdc    3:2001cv00527 08/08/2001 555 08/29/2001
TURNER EL vs. SNYDERS
38 TURNER EL, JAMES G ilsdc    3:2001cv00557 08/17/2001 555
TURNER EL vs. MURPHY
39 TURNER EL, JAMES G ilsdc    3:2001cv00631 09/24/2001 555 02/25/2002
TURNER EL vs. SNYDER
40 TURNER EL, JAMES G ilsdc    3:2001cv00632 09/24/2001 555
TURNER EL vs. MAUE
41 TURNER EL, JAMES G ilsdc    3:2001cv00734 11/06/2001 555
TURNER EL vs. WALLS
42 TURNER EL, JAMES G ilsdc    3:2001cv00982 12/13/2001 555
TURNER EL vs. COWAN

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 03/25/2002 10:47:21 | | |
| PACER Login: | us0166 | Client Code: | |
| Description: | Civil srch pg 1 | Search Criteria: | TURNER EL, JAMES |
| Billable Pages: | 1 | Cost: | 0.07 |

### U.S. Party/Case Index - Home

**Search:** All Court Types | Appellate | Bankruptcy | Civil | Criminal
**Reports:** Court Code List | Date Range | Courts not on Index | Statistical Reports
**User Options:** Change Client Code | New Login | Billing History | PSC Home Page |
E-Mail PSC | Logout

?**?**? Help

http://www.ca7.uscourts.gov/dkt.fw



# Seventh Circuit Court of Appeals

# Docket Sheets by Person

00-1435   Turner-El, James G. v. Feinerman, Doctor

00-1454   Turner-El, James G. v. Internal Affairs

00-4006   Turner-El, James G. v. Washington, Odie

00-8024   Turner-El, James G. v. Washington, Odie

01-3886   Turner-El, James v. Agnello, Gino

02-1127   Turner-El, James S. v. Moran, James B.

02-1131   Turner-El, James G. v. USA

90-1451   Turner-EL, James G. v. Lane, Michael P.

90-1452   Turner-El, James G. v. Lane, Michael P.

90-1453   Turner-EL, James G. v. Shansky, Ronald

90-1454   Turner-EL, James G. v. Lane, Michael P.

90-1455   Turner-EL, James G. v. Peters, Howard A.

90-1991   Turner-El, James G. v. Lane, Michael P.

90-1992   Turner-El, James G. v. Lane, Michael P.

90-1993   Turner-El, James G. v. Lane, Michael P.

90-2175   Turner-El, James G. v. Atkinson, Jeff

90-2260   Turner-El, James G. v. Geraghty, Thomas F.

90-2610   Turner-El v. Geraghty, Thomas F.

90-2613   Turner-EL, James G. v. Peters, Howard A.

90-2934   Turner-El, James G. v. Strubbe, Thomas F.

92-2406   Turner-El, James G. v. Peters, Howard

93-2087   Turner-El, James G. v. O'Hare, Stuart J.

93-2132   Turner-El, James G. v. Lane, Michael P.

<u>93-2133</u>   Turner-El, James G. v. Lane, Michael P.

<u>93-2134</u>   Turner-El, James G. v. Lane, Michael P.

<u>94-2130</u>   Turner-El, James G. v. Peters, Howard A.

<u>94-2135</u>   Turner-El, James G. v. Baker, Harold A.

<u>97-1748</u>   Turner-El, James G. v. Detella, George E.

<u>97-2480</u>   Turner-El, James G. v. Peters, Howard

<u>98-1462</u>   Turner-El, James G. v. Washington, Odie

<u>98-1744</u>   Turner-El, James G. v. West, Mary

<u>98-1745</u>   Turner-El, James G. v. Mayo, Sergeant

<u>98-1763</u>   Turner-El, James G. v. Page, Thomas F.

<u>98-1810</u>   Turner-El, James G. v. Page, Thomas F.

<u>98-1811</u>   Turner-El, James G. v. Washington, Odie

<u>98-1813</u>   Turner-El, James G. v. Page, Thomas F.

<u>98-1814</u>   Turner-El, James G. v. Page, Thomas F.

<u>98-1815</u>   Turner-El, James G. v. Page, Thomas

<u>98-1816</u>   Turner-El, James G. v. West, Mary

<u>98-1817</u>   Turner-El, James G. v. Page, Thomas

<u>98-1838</u>   Turner-El, James G. v. Washington, Odie

<u>98-2887</u>   Turner-El v. DeTella, George E.

<u>99-1455</u>   Turner-El, James G. v. Internal Affairs

<u>99-1472</u>   Turner-El, James G. v. Page, Thomas F.

<u>99-1475</u>   Turner-El, James G. v. Washington, Odie

<u>99-1490</u>   Turner-El, James G. v. Washington, Odie

<u>99-1845</u>   Turner-El, James G. v. Rennison, Colleen

<u>99-2088</u>   Turner-El, James G. v. Branche, Alfred

<u>99-2107</u>   Turner-El, James G. v. Page, Thomas F.

Charles R. Schmadeke    cschmadeke@hinshawlaw.com

Linda M. Wolters    lwolters@atg.state.il.us, jedwards@atg.state.il.us;jginter@atg.state.il.us

## 3:01-cv-248 Notice will not be electronically mailed to:

James G Turner El
#N-01161
MENARD CORR
Menard Corr Center
PO Box 711
Menard, IL 62259

## V. STATEMENT OF CLAIM

Place(s) of the occurrence _All facilities of the IDOC_

Date(s) of the occurrence _Going back to 1997_

*State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*

*THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.*

1) All named and Unknown named defendant(s) were and are acting under a Racketeering Scheme, that allowed all Wexford, Inc, employee(s) and Wexford, in conspiracy, corroboration and collusion by express and implied consent with all named defendant Director(s), Warden(s) and ARB Board member(s) to deliberately refuse to treat, care, test or otherwise provide Medical, Dental and Psychological treatment and service(s) to prisoner(s) confined to the custody of the IDOC, the prisoner(s) themselves couldn't pay for, thereby depriving prisoner(s), plaintiff(s) and Class of their rights to Medical, psychiatric and dental services, while in the custody of the IDOC, subjecting each to imminent dangers of serious physical, dental and psychological injury.

2) In the year 1997 principle plaintiff had his jaw broke by a gang member who assaulted him, knocking him down then kicking him in the jaw, breaking his jaw, at Menard C.C.

3) Defendant(s) Wexford, Inc, and Dr. Feinerman acted in conspiracy to deny me the principle plaintiff of any medical treatment for my broken jaw including refusing to set my broken jaw. Additionally, defendant Wexford Unknown

5

Dentist(s) refused to treat, care or reset plaintiff's broken jaw; And numerous plaintiff class member(s) throughout the IDOC including plaintiff Johnson have and continues to be denied psychological structured enviroments, and persons trained in their care and treatment of inmates suffering from Mental illnesses, or, class member(s) with broken limb(s), or who suffer from Hepatitis-C or other diseases, or who need teeth clean or repaired, so long as plaintiff was confined to Menard C.C. he was denied prompt, meaningful or necessary Medical or dental treatment.

4) In the year of 2006 following blood test, plaintiff was informed he had contracted the Hepatitis-C virus neither defendant(s) Wexford, Inc., Feinerman or Paul sought to treat plaintiff for the Hep-C disease, but, defendant Paul informed plaintiff of a treatment that required that plaintiff be shot with a needle twice per month in his stomach for (1) calendar year, that would cure his contraction of the disease, but, de-Fendant(s) never sought to afford plaintiff the treatment nor, repair his broken jaw. Plus, plaintiff suffered psychological episodes where he attempted to harm himself, and he was never — confined to a prison facility of the IDOC that provided him with a structured enviroment with persons trained to treat inmates with mental illnesses, nor, are other class members treated for broken limbs, Hep-C, nor psychological injury.[1]/ Further, defendant unknown dentist at

[1]/ Additionally, IDOC switched to say diet and plaintiff developed pain to his lower right abdomen defendant(s) refused to treat. in 2008.

Menard, deliberately, drilled a hole in one of the plaintiff's remaining teeth and refused to repair it, as part of a Statewide conspiracy to damage the plaintiff's and class member(s) teeth, that defendant(s) Dentist and Wexford, Inc., refuse to repair, that in a few months teeth need be pulled, as Wexford Dentist and Wexford want teeth pulled, not repaired.

5) February, 2009, principle plaintiff was transferred to Hill C.C. where he remained til May, 2010, at Hill plaintiff was denied treatment for Hep-C, his broken jaw and psychological episodes, as was other plaintiff Jesse Harris, and all other plaintiff and class members confined to the IDOC under treatment of Wexford and its employees.[2]

6) May, 2010 plaintiff was transferred to Pinckneyville C.C., where defendant(s) Paul, Wexford, Inc., and all other unknown defendant doctor(s) refused to treat his Hep-C, dentist refused to repair his tooth or reset his jaw and given psychological treatment, as such, due to defendant(s) refusal to treat Hep-C and pain to lower right abdomen, plaintiff refused denial of medical / Dental and Psychological treatment and suffered further psychological episodes.

7) March, 2011, on or about the 23rd thereof, defendant A/W Dintleman, tricked plaintiff to refuse to continue

7

[2] Further defendant Wexford, Inc, and other unknown defendant Doctors refused to test or treat Say disease consumption.

to take his medication for High Blood Pressure, and to sat and he would return plaintiff his property including legal, religious and Business Corporate Ideas and Inventive drawings, defendant(s) Davis, Bradley and Furlow, in conspiracy with defendant Sutton, had illegally taken and withheld from him, and he would have plaintiff transferred to the Statesville Correctional Center. But, defendant never had plaintiff's religious literature, Corporate Ideas, nor Inventive Drawings returned to him, as defendant(s) intend to utilize plaintiff's Business concept, his inventive ideas and keep his religious literature. Further, defendant Dintleman had the plaintiff transferred to Pontiac Segregation Prison as oppose to Stateville without any of his property and did not return legal and personal property til over (30) days later, but, without religious literature, Business concepts and Inventive Ideas, that defendant(s) continue to withhold from plaintiff unlawfully.

8) At Pontiac prison Wexford, Inc., and all unknown defendant Doctor(s) continued to refuse to treat plaintiff's Hep-C disease, treat or test reason for excruciating pain to his lower right abdomen, to repair his broken jaw, or his tooth and continued to damage tooth further so it could decay faster. and denied psychiatric treatment and care, subjecting plaintiff to psycotic episodes.

9) On or about 10/19/11, plaintiff was transferred to Lawrence C.C., and thereat defendant Wexford, Inc., and its unknown defendant Doctor(s) and Den-

-8-

tist still continued Not treat plaintiff and class for Hap-C virus, pain to his abdomen, test for soy deterioration of organs, repair broken jaw or damaged decaying tooth and provide psychiatric enviroment and care, further, defendant(s) Davis, Sutton, Bradley, Furlow and Dintleman continued to refuse to return plaintiff's religious literature, his Business Concepts and Inventive Ideas and Drawings.

10) On or about 1/24/13, plaintiff was assaulted by his Homo-Thug ex-cellmate, but, plaintiff was written a False Disciplinary Report for fighting and found guilty by Adjustment Committee acting in conspiracy and sentenced to (30) days C-Grade and (30) days segregation confinement. But, defendant Hodge warden of Lawrence, had plaintiff disciplinarily transferred to Pinckneyville again on 2/20/13, in violation of Adjustment Committee recommendation and in retaliation to plaintiff's writ writing; as plaintiff has several state actions pending against defendant(s) at Lawrence C.C.

11) Since his arrival to Pinckneyville, Wexford, Inc., defendant Dr. Shah and other unknown named defendant(s) continue to deprive plaintiff and class members of pschiatric treatment and care; test or treat soy consumption, Hep-C disease, pain to plaintiff's lower right abdomen, repair broken jaw or repair damaged tooth and continue to withhold the plaintiff's religious literature, Business Corporate

-9-

concepts, Inventive Ideas and Drawings, depriving plaintiff of his religious property illegally.
12) Plaintiff contend for all the foregoing reasons each named and unknown named defendant(s) at all prison facilities of the IDOC in conspiracy by express or implied consent, to willfully, intentionally knowingly, arbitrarily and capriciously deprive the plaintiff's and class of their constitutional rights in bad faith, deliberate indifference and total reckless disregard of their rights, by denying them of necessary, prompt and proper test, treatment and care for their serious medical needs, depriving them of the basic civilized measure of life's necessities and subjecting them to the basic imminent dangers of serious physical and psychological and dental injuries, due to lack of treatment and care.
13) Plaintiff's filed numerous Grievance(s) and Appeals to Unknown defendant and named defendant wardens and Unknown ARB Board members and the Director of the IDOC, but, each failed or refused to decide, determine or address the issues complained of in all instances some were addressed many others weren't and more than (6) months have elapsed, as such, plaintiff and class have exhausted administrative remedies.
14) Plaintiff Johnson contracted Hep-C virus using drugs prior to his incarceration, but, when confined to IDOC at the NRC at stateville prison

- 10 -

and Lawrence prisons Wexford, Inc., have refused to treat his Hep-C disease, and also have denied him of medical treatment following his assault by correctional guards at Lawrence, and though he suffers from mental illness, he's denied psychiatric treatment and care in a structured enviroment supervised by persons trained in the care of mentally disturbed persons, and he suffers daily abuses while at Lawrence C.C.

15) Plaintiff Harris also contracted Hep-c disease while using drugs, and although he contracted Hep-c in the year 1979, and he routinely have been repeatedly confined to the custody of the IDOC and Wexford, Inc., and all unknown defendant doctor(s) at NRC, Galesburg and numerous other prisons knew and knew of his disease, No defendant offered treatment for over (30) year(s) before giving him 2 shots a month for approximately (6) to (7) months in the year of 2009, but, stopped treatment claiming plaintiff had relapsed, but, plaintiff didn't feel any different and believes treatment was halted due to costs.

16) All plaintiff class member(s) have and continues to be denied psychological, dental and medical care for their mental illnesses, purposely damaged teeth, for broken limbs and for Hep-c virus, by defendant(s) due to cost and expenses.

17) Plaintiff(s) seek leave to amend complaint to add new defendant(s) and cause(s) of action.

## VI.
## LEGAL CLAIMS

18) Count 1, all named and unknown named defendant(s) act(s), practice, omissions and official misconduct done intentionally, knowingly, willfully, arbitrarily and wantonly in conspiracy corroboration or collusion by express and implied consent, in bad faith, with deliberate indifference and total reckless disregard of plaintiff(s) and class(es) constitutional rights have subjected them to imminent dangers of serious physical, psychological injuries, by defendant(s) refusal to treat, test or provide treatment or care for their serious medical and psychological needs in violation of their rights under the 5th, 8th and 14th Amendments to the U.S. Constitution.

19) Count 2, all named and unknown named defendant(s) acts and omissions deprived plaintiffs(s) and class of rights retained under the Bill of Rights Art. 1, §2 of the Illinois State Constitution.

- 12 -

20) Count 3, all named and unknown named defendant(s) practice(s) and official misconduct deprived plaintiff(s) and class of rights reserved via Illinois State Law.

21) Count 4, all named and unknown named defendant(s) act(s) and omissions denied plaintiff's and class of rights promulgated by enactment of Illinois IDOC Rules.

## RELIEF REQUESTED

(State what relief you want from the court.)

A) Declaratory Judgement; B) Injunctive Relief;
C) Compensatory damage(s) of $12. Million Dollars assessed
against each named defendant individually and seperately
to be awarded plaintiff(s) and $250 Million to be split
among all class members; D) Punitive damage(s) of $25.
Million Dollars assessed against each named defendant to be
awarded each named plaintiff individually and seperately;
E) Punitive damages for class as determined by the Court; F) The
defendant(s) pay all cost of this action; G) Reasonable Attorney
Fees; H) Criminal charges be lodged against defendant(s)
I) Any additional relief this Court deems equitable, proper + just.

**JURY DEMAND**      Yes ☑      No ☐

Signed this _10th_ day of _March_ , 20 _13_ .

_(signature)_

( Signature of Plaintiff)

| Name of Plaintiff: James G. Turner-re | Inmate Identification Number: N-01161 |
|---|---|
| Address: Pinchneyville C.C. P.O. Box 999 Pinchneyville, Il. 62274 | Telephone Number: Unknown |

STATE OF ILLINOIS    )
                     )  SS =
COUNTY OF PERRY      )

## S W O R N   A F F I D A V I T

I, James G. Turner, Jr. , After Being Duly Sworn Upon My Oath Depose And
States That the Following Matters Are Both true And Correct In Substance And In
Facts :

1) That I am the principle plaintiff in this proceeding, that all statement(s) made in plaintiff's civil Rights Complaint is true, as is statements made in the preceding motions and this sworn affidavit.

2) That all exhibit(s) attached hereto are true, exact, correct and authentic copies of the originals.

3) That Further I sayeth not.

PURSUANT TO 28 USC 1746, 18 USC 1621 OR 735 ILCS 5/1-109, I DECLARE, UNDER PENALTY OF
PERJURY THAT EVERYTHING CONTAINED HEREIN IS TRUE AND ACCURATE TO THE BEST OF MY KNOW-
LEDGE AND BELIEF.  I DO DECLARE AND AFFIRM THAT THE MATTER AT HAND IS NOT TAKEN EITH-
ER FRIVOLOUSLY OR MALICIOUSLY AND THAT I BELIEVE THE FOREGOING MATTER IS TAKEN IN
GOOD FAITH.
Signed on this 10th Day of March 2003 .     /S/ J.H. _____